UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:94CV148-J

GAROLD G. HUNT, o/b/o
HAROLD G. HUNT                                                                                PLAINTIFF

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security                                                        DEFENDANT

## MEMORANDUM OPINION AND ORDER

Plaintiff Garold Hunt o/b/o Harold Hunt seeks Disability Insurance and Supplemental Security Income Benefits which were denied by the Commissioner. This matter was referred to United States Magistrate Judge W. David King who recommends that the final decision of the Commissioner be affirmed and the plaintiff's Complaint dismissed.

Plaintiff has timely filed objections to the Magistrate's Report arguing: 1) the Commissioner's actions in repeatedly remanding and delaying the case have become unconscionable, requiring a finding of disability; 2) Grid Rules 201.09 and 201.10 require a finding of disability benefits upon claimant's attainment of age 50 in 1996; 3) the Commissioner failed to demonstrate that there exist a significant number of jobs that the claimant could perform as the decision was based upon inadequate vocational evidence; and 4) the administrative decision failed to evaluate all medical opinions of record. These issues were sufficiently addressed in the Magistrate Judge's Findings of Fact, Conclusions of Law and Recommendation.

In summary, this Court has conducted a de novo review of the entire record and finds that the analyses and conclusions of the Magistrate Judge mirror those of the undersigned. The Court

adopts the Magistrate Judge's Report and Recommendation in lieu of writing a separate opinion.

Accordingly, IT IS ORDERED:

1) The Magistrate Judge's Report and Recommendation is ADOPTED, and those findings and conclusions are incorporated by reference herein;

2) The final Decision of the Commissioner denying benefits is AFFIRMED; and

3) Plaintiff's Complaint is DISMISSED, with prejudice.

This is a final and appealable Memorandum Opinion and Order, and there is no just cause for delay.